# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF   NEVADA

BANK OF AMERICA, N.A.,

     Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:16-cv-00135-MMD-VPC**

NORTH TRUCKEE TOWNHOMES
HOMEOWNERS ASSOCIATION,
E. ALAN TIRAS,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant E. Alan Tiras's Motion to Dismiss (ECF No. 29) is granted.

 August 28, 2017                                   **DEBRA K. KEMPI**
                                                                Clerk

                                                                /s/ D. R. Morgan
                                                                 Deputy Clerk