DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>NORTH TRUCKEE TOWNHOMES HOMEOWNERS ASSOCIATION; and E. ALAN TIRAS,<br><br>Defendants. | Case No.: 3:16-CV-00135-MMD-VPC<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

PLEASE TAKE NOTICE that Bank of America, N.A. hereby provides notice that Matthew I. Knepper, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A. in this action. All future correspondence and papers in this action should continue to be directed to Darren T. Brenner, Esq. and Thera A. Cooper, Esq., and should receive all future notices.

DATED this 26th day of October, 2017.

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED: January 16, 2018

AKERMAN LLP

/s/ *Thera A. Cooper*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Thera A. Cooper, Esq.
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff Bank of America, N.A.*

1

43227281;1

IT IS SO ORDERED.

**COURT APPROVAL**



_____
UNITED STATES MAGISTRATE JUDGE

_____
DATED

43227281;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of AKERMAN LLP, and that on this 26th day of October, 2017, I caused to be served a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST,** via this Court's CM/ECF electronic filing system to the following:

Thomas E. McGrath
TYSON & MENDES, LLP
8275 South Eastern Avenue, Suite 115
Las Vegas, Nevada 89123
Email: tmcgrath@tysonmendes.com

*Attorneys for North Truckee Townhomes Homeowners Association*

Daniel T. Hayward
Holly S Parker
LAXALT & NOMURA LTD.
9600 Gateway Drive
Reno, Nevada 89521
Email: dhayward@laxalt-nomura.com
Email: hparker@laxalt-nomura.com

*Attorneys for E. Alan Tiras*

/s/ *Erin Spencer*
An employee of AKERMAN LLP

43227281;1

3