DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
E Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>NORTH TRUCKEE TOWNHOMES HOMEOWNERS ASSOCIATION; and E. ALAN TIRAS,<br><br>Defendants. | Case No.: 3:16-CV-00135-MMD-CBC<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

PLEASE TAKE NOTICE that Bank of America, N.A. hereby provides notice that

Karen A. Whelan and Jesse A. Ransom are no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A. All future correspondence, papers and future notices in this action should continue to be directed to Darren T. Brenner, Esq. and William S. Habdas.

Respectfully submitted, this 18th day of October, 2018

**AKERMAN LLP**

*/s/ William S. Habdas*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Plaintiff Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 10/24/2018

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2018, and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** follows:

Thomas E. McGrath, Esq.
**Tyson & Mendes, LLP**
3960 Howard Hughes Pkwy, Ste. 600
Las Vegas, NV 89169

*Attorneys for Defendant North Truckee Townhomes Homeowners Association*

/s/ Doug J. Layne
An employee of AKERMAN LLP