DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. <br><br> Plaintiff, <br><br> vs. <br><br> NORTH TRUCKEE TOWNHOMES HOMEOWNERS ASSOCIATION; and E. ALAN TIRAS, <br><br> Defendants. | Case No. 3:16-cv-00135-MMD-CBC <br><br> **MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> **(SECOND REQUEST)** |

Plaintiff Bank of America, N.A. (**BANA**), by and through the undersigned counsel, hereby submits this motion and order to extend the dispositive motion deadline currently set for January 2, 2019. BANA requests to extend the dispositive motion deadline thirty (30) days to **February 1, 2019**. The parties are extremely close to settling this case. BANA believes it would be a waste of resources to draft and prepare motions when settlement is almost assured. This motion is filed without North Truckee Townhomes Homeowners Association's consent because counsel for BANA was unable to reach counsel for North Truckee, likely due to the holidays, but upon information and belief, BANA believes counsel for North Truckee would stipulate to the second extension requested.

…

…

…

BANA believes the above facts demonstrate the required good cause and excusable neglect for the extension.

DATED this 2nd day of January 2019.

**AKERMAN LLP**

/s/ *William S. Habdas*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
William S. Habdas, Esq.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Bank of America, N.A.*

**ORDER**

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT COURT JUDGE**

DATED: January 3, 2019

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on this 2nd day of January, 2019, and pursuant to FRCP 5, I caused to be served via the CM-ECF electronic filing system a true and correct copy of the foregoing **PLAINTIFF BANK OF AMERICA, N.A.'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**, to the following:

Thomas E. McGrath
TYSON & MENDES, LLP
8275 South Eastern Avenue, Suite 115
Las Vegas, Nevada 89123
Email: tmcgrath@tysonmendes.com

*Attorneys for North Truckee Townhomes Homeowners Association*

>*/s/ Tracey Wayne*
>An employee of AKERMAN LLP