DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>NORTH TRUCKEE TOWNHOMES HOMEOWNERS ASSOCIATION; and E. ALAN TIRAS,<br><br>Defendants. | Case No. 3:16-cv-00135-MMD-CBC<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT AND QUIET TITLE** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant North Truckee Townhomes Homeowners Association (**North Truckee**), through their counsel of record, stipulate as follows:

1. This matter relates to real property located 3168 North Truckee Lane, Sparks, Nevada 89434, APN 036-520-19 (the **Property**). The Property is more specifically described as:

PARCEL 1:
Lot 19 in Block D of North Truckee Townhomes, a Townhouse Development, according to the map thereof, filed in the office of the County Recorder of the County of Washoe County, State of Nevada, on October 29, 1984.

PARCEL 2:
The rights and easements contained in the Declaration of Covenants, Conditions and Restrictions for North Truckee Townhomes, a Townhouse Development, filed in the office of the County Recorder of Washoe County, State of Nevada, on October 30, 1984, as Document No. 959516.

2. BANA is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded on November 20, 2009, as Document Number 3823205, in the Official Records of Washoe County, Nevada (the **Deed of Trust**).

3. On December 14, 2011, North Truckee recorded a Foreclosure Deed as Document Number 4066617 in the Official Records of Washoe County, Nevada (the **HOA Foreclosure Deed**), reflecting that North Truckee purchased the Property at North Truckee's foreclosure sale of the Property conducted on December 5, 2011 (the **HOA Sale**). North Truckee has not transferred its interest in the Property and is still the title holder of record.

4. On March 8, 2016 BANA initiated a quiet title action against North Truckee and E. Alan Tiras in the United States District Court, District of Nevada, Case No. 3:16-cv-00135 (the **Quiet Title Action**).

5. BANA and North Truckee have entered a confidential settlement agreement in which they have settled all claims between them in this case.

6. Among other things, North Truckee has transferred any and all interest it acquired as a result of the HOA Sale and HOA Foreclosure Deed to BANA, as reflected by the quit-claim deed attached hereto as Exhibit A.

…
…
…
…
…
…
…
…
…
…
…
…

APN 036-520-19

7. Among other things, the parties agree title to the Property is quieted in BANA's favor. North Truckee disclaims all right, title, or interest in the Property as a result of the HOA Sale and HOA Foreclosure Deed.

8. The title to the real property located 3168 North Truckee Lane, Sparks, Nevada 89434, APN 036-520-19 (the **Property**) is quieted in favor of BANA.

9. All claims in this case are dismissed with prejudice, each side to bear its own attorney fees and costs.

Dated this 4th day of March, 2019.

**AKERMAN LLP**

/s/ *William S. Habdas*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for plaintiff Bank of America, N.A.*

Dated this 4th day of March, 2019.

**TYSON & MENDES, LLP**

/s/ *Thomas E. McGrath*
THOMAS E. MCGRATH, ESQ.
Nevada Bar No. 7086
3960 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Attorneys for defendant North Truckee Townhomes Homeowners Association*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: March 4, 2019